## UNITED STATES of America, Plaintiff–Appellee,

v.

## William MOLINA–OCHOA, Defendant–Appellant.

### No. 12–10416.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.[*]

Filed June 21, 2013.

Matthew G. Eltringham, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Randolfo V. Lopez, Tucson, AZ, for Defendant–Appellant.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

## MEMORANDUM [***]

William Molina–Ochoa appeals from the judgment revoking supervised release and the 21–month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Molina–Ochoa's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Molina–Ochoa the opportunity to file a pro se

[***] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**